**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6518

DWAYNE PEAKS,

        Plaintiff - Appellant,

    v.

GANOE, Correctional Officer,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:22-cv-00906-PX)

Submitted:  October 19, 2023                    Decided:  October 24, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dwayne Peaks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Peaks appeals the district court's order denying relief on his amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Peaks v. Ganoe*, No. 1:22-cv-00906-PX (D. Md. Apr. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*